IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.

OCTAVIOUS TERRELL TRIPLETT and
███████████████████

CRIMINAL NO. 1:20cr108-LG-RPM
21 U.S.C. § 846
21 U.S.C. § 841

United States Courts
Southern District of Texas
FILED

4:20mj2519

December 14, 2020

David J. Bradley, Clerk of Court

The Grand Jury charges:

COUNT 1

That on or about July 24, 2019, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, OCTAVIOUS TERRELL TRIPLETT and ███████████████ did knowingly conspire with each other and others both known and unknown to the Grand Jury, to possess with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**QUANTITY OF CONTROLLED SUBSTANCES INVOLVED IN THE CONSPIRACY**

With respect to OCTAVIOUS TERRELL TRIPLETT, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to ███████████████, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2

On or about July 24, 2019, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, OCTAVIOUS TERRELL TRIPLETT and [REDACTED] aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); and Title 18, United States Code, Section 2.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of one or more of the offenses alleged in this indictment:

1) Five thousand eight hundred seventy dollars ($5,870) cash.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a

judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 21, United States Code, Section 853.

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 4th day of November, 2020.

UNITED STATES MAGISTRATE JUDGE

3

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**SEALED**

United States of America
v.

Octavious Terrell Triplett
(Wherever Found)

Defendant

Case No. 1:20cr108LG-RPM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Octavious Terrell Triplett (Wherever Found), who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute a Controlled
Possession with Intent to Distribute a Controlled Substance (Aiding & Abetting)

Date: 11/05/2020

City and state: Gulfport, MS

ARTHUR JOHNSTON, CLERK

*W. Duggan*
*Issuing officer's signature*

W. Duggan, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

Case 1:20-cr-00108-LG-RPM *SEALED* Document 2 Filed 11/04/20 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV - 4 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                     CRIMINAL NO. 1:20CR108-LG-RPM

OCTAVIOUS TERRELL TRIPLETT,

## ORDER GRANTING MOTION TO SEAL

For the reasons stated in the government's Motion to Seal, the Court grants the motion.

IT IS HEREBY ORDERED that the file and all documents filed herein including but not limited to the Indictment and Return be sealed, as well as the Motion and this Order to Seal.

IT IS FURTHER ORDERED that the U.S. Marshals Service and/or the United States Attorney's Office shall make copies of the indictment, warrant, and any related documents available to other federal, state, and local law enforcement agencies who request the same as needed to facilitate the arrest and detention of the defendants.

ORDERED this 4th day of November, 2020.

Robert R. Anders
UNITED STATES MAGISTRATE JUDGE